IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09mc98

| | ) | |
|---|---|---|
| In Re: | ) | ORDER |
| | ) | |
| RAYMOND TETKOWSKI | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court for summary contempt proceedings, pursuant to 18 U.S.C. § 401(1) and Fed. R. Crim. P. 42(b).

The Court certifies the following: on May 27, 2009, the Court was proceeding with the sentencing of Jason Ross, Case No. 3:07cr158. Prior to the hearing, there was an outburst by an unknown person at the conclusion of the sentencing of defendant related to Ross's case. Therefore, the Court warned family members and spectators at the beginning of Jason Ross's hearing that any further outbursts would not be tolerated. Counsel for Jason Ross chose not to have family members and supporters address the Court orally, but instead relied on their written letters. The Court informed counsel that all submitted letters had been read. Raymond Tetowski, Ross's uncle, had submitted one of the letters considered by the Court.

During the pronouncement of the sentence, Tetkowski began speaking loudly to the Court, stating that a time-served sentence should be imposed. He continued his disruptive outburst while he was being escorted from the courtroom and the Court attempted to continue pronouncing the sentence of 108 months' imprisonment. The Court observed all of this conduct.

Raymond Tetkowski's misbehavior obstructed the administration of justice during the sentencing hearing. The Court's attention was distracted from the imposition of the sentence of Jason Ross and the dignity of the proceedings was affronted in a substantial way. Summary contempt proceedings were necessary to maintain order in the courtroom.

**IT IS, THEREFORE, ORDERED** that the Raymond Tetkowski is found in contempt of court and sentenced to one night's imprisonment.

Signed: May 27, 2009

Robert J. Conrad, Jr.
Chief United States District Judge